**Henry L. SMITH, Jr., Plaintiff–Appellant,**

v.

**William J. HENDERSON, Postmaster General, United States Postal Service, Defendant–Appellee.**

No. 01–2119.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 25, 2002.

Henry L. Smith, Jr., Appellant Pro Se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Henry L. Smith, Jr., appeals from the district court's order dismissing his employment discrimination action for failing to timely pursue equal employment opportunity (EEO) counseling. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Smith v. Henderson,* No. CA–00–572 BO (E.D.N.C. Aug. 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*